## Case No. 17,805.

### WILSON v. The GRAND TURK.

[Cited in Strodes v. The Collier, Case No. 13,272. Nowhere reported; opinion not now accessible.]